**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 2:16-CR-67-FTM-38MRM

LOUIS WILLIAM RIMONDI, IV
_____

**FORFEITURE MONEY JUDGMENT**

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States moves for entry of a forfeiture money judgment against defendant Louis William Rimondi, IV in the amount of $97,494.16, representing the proceeds obtained as the result of the theft of government property or money as charged in Counts One and Two of the Indictment.

The defendant pleaded guilty to theft of government property or money, in violation of 18 U.S.C. § 641, as charged in Counts One and Two, and the Court accepted his plea and adjudged him guilty. The Court finds that the defendant obtained $97,494.16 in proceeds from the Social Security Administration, to which he was not entitled.

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant Louis William Rimondi, IV is personally liable for a forfeiture money judgment in the amount of $97,494.16.

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 24, p. 9), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset to satisfy the defendant's money judgment.

**ORDERED** in Fort Myers, Florida, on November 17, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record